IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT JAHODA,

        Plaintiff,                15cv1000
                                    LEAD CASE
        v.                       **ELECTRONICALLY FILED**

FOOT LOCKER, INC.,

        Defendant.

---

MICHELLE SIPE,

        Plaintiff,                15cv1037
                                    MEMBER CASE
        v.

TOYS "R" US, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                15cv1050
                                    MEMBER CASE
        v.

BROOKS BROTHERS, INC.,

        Defendant.

---

MICHELLE SIPE,

        Plaintiff,                15cv1083
                                    MEMBER CASE
        v.

HUNTINGTON NATIONAL BANK,

        Defendant.

ROBERT JAHODA,

       Plaintiff,

           v.

HARD ROCK CAFÉ INTERNATIONAL, INC.,

                      15cv1123
                      MEMBER CASE

       Defendant.

---

JILL GROSS ET AL.,

       Plaintiffs,                15cv1172
                                   MEMBER CASE

           v.

V.F. CORPORATION,

       Defendant.

---

MICHELLE SIPE,

       Plaintiff,                 15cv1217
                                  MEMBER CASE

     v.

RED ROOF INNS, INC.,

       Defendant.

---

ROBERT JAHODA,

        Plaintiff,                                    15cv1255

                                                                                MEMBER CASE

        v.

BASSETT FURNITURE INDUSTRIES, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                                    15cv1462

                                                                                MEMBER CASE

        v.

NATIONAL BASKETBALL
ASSOCIATION,

        Defendant.

---

MICHELLE SIPE, ET AL.,

        Plaintiffs,                                 15cv1571

                                                                              MEMBER CASE

        v.

ESTEE LAUDER COMPANIES, INC.,

        Defendant.

## ORDER OF COURT

    IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.    <u>Civil Action Nos. 15-1037, 15-1050, 15-1083, 15-1123, 15-1172, 15-1217, 15-1255, 15-1462, and 15-1571</u> are hereby consolidated with <u>Civil Action No. 15-1000</u>, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 15-1000.

3. The Clerk of Court shall close Civil Action Nos. 15-1037, 15-1050, 15-1083, 15-1123, 15-1172, 15-1217, 15-1255, 15-1462, and 15-1571.

At the 1/29/16 ICMC, the Court will discuss with chief trial counsel the procedure(s) to follow to preserve the individual parties' pretrial and trial rights.

**SO ORDERED** this 3rd day of December, 2015.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record